# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRY PENISTER**                                                      **PLAINTIFF**
**ADC #092828**

**VS.**                      **5:18CV00195-BRW**

**DANA McCOY, Sgt.,**
**Tucker Unit, ADC;** *et al.*                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of September, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE