IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY PENISTER**  PLAINTIFF
**ADC #092828**

VS.　　　　　　　　　　　　**5:18CV00195-BRW**

**DANA McCOY, Sgt.,**
**Tucker Unit, ADC;** *et al.*　　　　　　　　　　　　**DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of September, 2018.


　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson _____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE